IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KATHERINE FAJARDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| GENTZLER ELECTRICAL SERVICES, INC., | ) | 3:20-CV-3669-G |
| | ) | |
| Defendant. | ) | |

**AGREED ORDER ON JOINT MOTION TO DISMISS WITH PREJUDICE**

Before the court is the parties' joint motion to dismiss with prejudice (docket entry 17) filed by the plaintiff Katherine Fajardo and the defendant Gentzler Electrical Services, Inc. The parties have announced that they have resolved all matters alleged in this lawsuit, and that they wish to dismiss all claims asserted in this case with prejudice and each party bearing their own costs and attorneys' fees. Accordingly, the motion is **GRANTED**.

It is therefore **ORDERED** that the plaintiff's claims against the defendant are **DISMISSED** with prejudice. This matter is dismissed in its entirety.

**SO ORDERED**.

October 28, 2021.

_____
**A. JOE FISH**
**Senior United States District Judge**